**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Heartwise Incorporation** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Heartwise Wonder Incorporation**<br>**DBA  Naturewise** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5252765** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2973 Harbor Blvd., #472**<br>**Costa Mesa, CA 92626**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **naturewise.com** |

6.  Type of debtor

■ Corporation (Including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   __Heartwise Incorporation__   Case number (*If known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Heartwise Incorporation**
 _____   Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name      _____

          Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Heartwise Incorporation** _____    Case number (*if known*) _____
          Name

<hr>

**Request for Relief, Declaration, and Signatures**

<hr>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 4, 2020**
               MM / DD / YYYY

X _____          **Tuong V. Nguyen**
Signature of authorized representative of debtor     Printed name

Title    **Chief Executive Officer** _____

**18. Signature of attorney**

X _____          Date **December 4, 2020**
Signature of attorney for debtor                      MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**    Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name    **Heartwise Incorporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
■ *Schedule H: Codebtors (Official Form 206H)*
■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ *Amended Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2020**    X _____
                                           Signature of individual signing on behalf of debtor

**Tuong V. Nguyen**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | Heartwise Incorporation

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alpha House Research 2781 West Macarthur Blvd., Suite 34 Santa Ana, CA 92704 | | Services, payable in 30 days | | | | $1,099,230.67 |
| American Express P O Box 650448 Dallas, TX 75265 | | Credit Card | | | | $16.95 |
| Anthem Blue Cross P O Box 51011 Los Angeles, CA 90051 | | Insurance | | | | $682.00 |
| California Bank and Trust Bankcard Center P O Box 30833 Salt Lake City, UT 84130-0833 | | Credit Card | | | | $14,826.59 |
| Capital One P O Box 60599 City of Industry, CA 91716-0599 | | Credit Card Debt | | | | $61,006.00 |
| Franchise Tax Board c/o General Counsel Section P O Box 1720, MS: A-260 Rancho Cordova, CA 95741-1720 | | Debtor pre-paid $124,526.42 estimated taxes | | | | Unknown |
| Internal Revenue Service (IRS) P O Box 7346 Philadelphia, PA 19101-7346 | | Estimated Taxes | | | | $292,836.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **Heartwise Incorporation**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Martha Valentine** c/o Gutride Safier LLP Seth A. Safier, Esq. 100 Pine Street, Ste 1250 San Francisco, CA 94111 | | **Class Action Laswuit filed with U.S. District Court, Northern District of California, Case N.: 4:20-cv-04302-JS W** | | | | $0.00 |
| **Monumental** 5010 SE Foster Rd, #86352 Portland, OR 97206 | | **Marketing Services** | | | | $5,000.00 |
| **PHD Studios** 1968 Hutchins Circle Medford, OR 97504 | | **Marketing Services** | | | | $3,300.00 |
| **Premeo Financial Corp** P O Box 19367 Kalamazoo, MI 49019 | | **Insurance** | | | | $2,846.81 |
| **Retain Exchange Network, Inc.** 7071 Warner Ave., Ste #345 Huntington Beach, CA 92647 | | **Professional Data Services** | | | | $5,000.00 |
| **Rob Wilsey Creative Partners LLC** 300 s. Raymond Ave., Ste 6 Pasadena, CA 91105 | | **Marketing** | | | | $10,298.66 |
| **Robinson Pharma, Inc.** 3330 South Harbor Blvd. Santa Ana, CA 92704 | | **An ongoing transactions to be paid in 30 days** | | | | $940,863.90 |
| **State Board of Equalization** P.O. Box 942879 Sacramento, CA 94279-8064 | | **Taxes - included as a precaution** | | | | $6,035.00 |
| **Steptoe & Johnson LLP** 633 West Fifth Street Los Angeles, CA 90071 | | **Legal Services** | | | | $5,000.00 |
| **Tatyana Shykal** 10625 Parrish St, Apt 223 Matthews, NC 28105 | | **CS Contractor** | | | | $2,500.00 |

Debtor  **Heartwise Incorporation**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trojan Law Offices Red Fox Plaza 9250 Wilshire Blvd., 325 Beverly Hills, CA 90212** | | **Legal Services** | | | | $28,248.00 |
| **Uline P O Box 88741 Chicago, IL 60680** | | **Shipping Services** | | | | $1,640.49 |
| **Vitamins Online Inc. Edgar R. Cataxinos MAGLEBY CATAXINOS & GREENWOOD 170 S MAIN ST STE 1100 Salt Lake City, UT 84101** | | **Lawsuit filed for Trademark Infringement, with U.S. District Court of Utah (Central) Case No.: 2:13-cv-00982-DAK** | **Contingent Unliquidated Disputed** | | | $9,551,232.00 |

## United States Bankruptcy Court
### Central District of California

In re   **Heartwise Incorporation**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Paul Doyle<br>2973 Harbor Blvd. #472<br>Costa Mesa, CA 92626** | | | **49%** |
| **Tuong V. Nguyen<br>2973 Harbor Blvd., #472<br>Costa Mesa, CA 92626** | | | **51%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  4, 2020**

Signature _____

Tuong V. Nguyen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Costa Mesa**_____ , California.

Date:    **December 4, 2020**_____

_Tuong V. Nguyen_ (signature)
Tuong V. Nguyen
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor name  **Heartwise Incorporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................    $ _____7,653,717.42

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................    $ _____7,653,717.42

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................    $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................    $ _____298,871.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................    +$ _____11,731,692.07

4.  **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b                                                                              $ _____12,030,563.07

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Heartwise Incorporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (If known)    _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account
                                                                   number

    3.1.    **Chase Bank**                   **Business Checking
                                            Account**         8931             **$477,691.00**

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                              **$477,691.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit
         **Secuity deposit to Manufacture products and service markeing with Robinson Pharma
         Inc.
         They have the funds with this pharmacutical company to manufacture and produce the
    7.1.    vitamins**                                                           **$3,500,000.00**

         **Alpha House Research, security deposit to do the operation of the business and
    7.2.    fulfillment of the operations, accounting, marketing, operation and fulfilment**               **$700,000.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor   **Heartwise Incorporation**_____   Case number *(if known)* _____
       Name

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

        **Franchise Tax Board**
8.1.   **Pre-Payment of 2020 estimated taxes**_____   **$124,526.42**

**9.**   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                **$4,324,526.42**

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:     **1,500,000.00**    -         0.00    = ....        **$1,500,000.00**
                        face amount              doubtful or uncollectible accounts

**12.**   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        **$1,500,000.00**

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.**  **Raw materials** **Liquid, remedies and supplies to make the vitamins, but there is no value to these products as they are too old to use or sell** | | $0.00 | | $0.00 |
| **20.**  **Work in progress** | | | | |
| **21.**  **Finished goods, including goods held for resale** **Finished goods, vitamins that need to be shipped to Amazon** | | $0.00 | | $1,350,000.00 |
| **22.**  **Other inventory or supplies** | | | | |

| Debtor | **Heartwise Incorporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**23.**   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$1,350,000.00

**24.**   **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** 5 Desks, 5 chairs, 5 laptops, file cabinet | **$0.00** | | **$1,500.00** |

**40.**   **Office fixtures**

**41.**   **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$1,500.00

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

Debtor    **Heartwise Incorporation**                                    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets **Trademark for the company name and product names** | **$0.00** | | **Unknown** |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.                                    | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
       ☑ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Heartwise Incorporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $477,691.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,324,526.42 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,500,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,350,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,653,717.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,653,717.42 |

**Fill in this information to identify the case:**

Debtor name  **Heartwise Incorporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Heartwise Incorporation**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Franchise Tax Board**
**c/o General Counsel Section**
**P O Box 1720, MS: A-260**
**Rancho Cordova, CA 95741-1720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**      Priority amount **Unknown**

Date or dates debt was incurred
**2020**

Basis for the claim:
**Debtor pre-paid $124,526.42 estimated taxes**

Last 4 digits of account number **2765**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service (IRS)**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$292,836.00**      Priority amount **$292,836.00**

Date or dates debt was incurred
**2020**

Basis for the claim:
**Estimated Taxes**

Last 4 digits of account number **2765**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Heartwise Incorporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,035.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
P.O. Box 942879
Sacramento, CA 94279-8064

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Taxes - Included as a precaution**

Last 4 digits of account number **2765**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) **(8)**

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,099,230.67 |
|---|---|---|---|

**Alpha House Research**
2781 West Macarthur Blvd., Suite
34
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services, payable in 30 days**

Date(s) debt was incurred **2020**

Last 4 digits of account number **Naturewise**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.95 |
|---|---|---|---|

**American Express**
P O Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Date(s) debt was incurred **2020**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682.00 |
|---|---|---|---|

**Anthem Blue Cross**
P O Box 51011
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Date(s) debt was incurred **2020**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,826.59 |
|---|---|---|---|

**California Bank and Trust**
Bankcard Center
P O Box 30833
Salt Lake City, UT 84130-0833

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Date(s) debt was incurred **2020**

Last 4 digits of account number **8999**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,006.00 |
|---|---|---|---|

**Capital One**
P O Box 60599
City of Industry, CA 91716-0599

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Debt**

Date(s) debt was incurred **2020**

Last 4 digits of account number **5068**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heartwise Incorporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Martha Valentine
c/o Gutride Safier LLP
Seth A. Safier, Esq.
100 Pine Street, Ste 1250
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Class Action Laswuit filed with U.S. District Court, Northern District of California, Case N.: 4:20-cv-04302-JSW**

Last 4 digits of account number  **2JSW**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

Monumental
5010 SE Foster Rd, #86352
Portland, OR 97206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Marketing Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00** |
|---|---|---|---|

PHD Studios
1968 Hutchins Circle
Medford, OR 97504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Marketing Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,846.81** |
|---|---|---|---|

Premeo Financial Corp
P O Box 19367
Kalamazoo, MI 49019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Insurance**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

Retain Exchange Network, Inc.
7071 Warner Ave., Ste #345
Huntington Beach, CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Professional Data Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,298.66** |
|---|---|---|---|

Rob Wilsey Creative Partners LLC
300 s. Raymond Ave., Ste 6
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Marketing**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940,863.90** |
|---|---|---|---|

Robinson Pharma, Inc.
3330 South Harbor Blvd.
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **An ongoing transactions to be paid in 30 days**

Last 4 digits of account number  **Naturewise**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Heartwise Incorporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Steptoe & Johnson LLP**
**633 West Fifth Street**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Tatyana Shykal**
**10625 Parrish St, Apt 223**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **CS Contractor**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,248.00 |
|---|---|---|---|

**Trojan Law Offices**
**Red Fox Plaza**
**9250 Wilshire Blvd., 325**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **Natuurewise**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.49 |
|---|---|---|---|

**Uline**
**P O Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Basis for the claim:  **Shipping Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,551,232.00 |
|---|---|---|---|

**Vitamins Online Inc.**
**Edgar R. Cataxinos**
**MAGLEBY CATAXINOS & GREENWOOD**
**170 S MAIN ST STE 1100**
**Salt Lake City, UT 84101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2013

Basis for the claim:  **Lawsuit filed for Trademark Infringement, with U.S.**
**District Court of Utah (Central)  Case No.:**
**2:13-cv-00982-DAK**

Last 4 digits of account number  **2DAK**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **WORKMAN NYDEGGER**<br>**60 E SOUTH TEMPLE STE 1000**<br>**Salt Lake City, UT 84111** | Line  **3.17**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 298,871.00 |

Debtor      **Heartwise Incorporation**
                Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **5b. Total claims from Part 2** | 5b. | + $ | 11,731,692.07 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 12,030,563.07 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Heartwise Incorporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

   **2. List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | The contract was drafted and signed on 2/7/2019 identifying the scope of work to be completed by Alpha House Research dba DRM Resources | |
| | State the term remaining | 2 Years and two months | **Alpha House Research**<br>**2781 West Macarthur Blvd., Suite 34**<br>**Santa Ana, CA 92704** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | To manufacture of certain products | |
| | State the term remaining | 3 Years | **Robinson Pharma**<br>**3330 South Harbor Blvd.**<br>**Santa Ana, CA 92704** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Heartwise Incorporation__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Heartwise Incorporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$22,800,000.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$6,753,720.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$8,122,323.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor  **Heartwise Incorporation**                                        Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Brads's Deal LLC**<br>6115 Estate Smith Bay, Ste 313/Box7<br>St Thomas, VI 00802-1324 | Sept 2020<br>Oct 2020<br>Nov 2020 | $23,666.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Marketing** |
| 3.2.  **California Bank and Trust**<br>Bankcard Center<br>P O Box 30833<br>Salt Lake City, UT 84130-0833 | Sept 2020<br>Oct 2020<br>Nov 2020 | $550,139.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card** |
| 3.3.  **Cameran Eubanks**<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067 | Sept 2020<br>Oct 2020<br>Nov 2020 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Marketing** |
| 3.4.  **Candace Rene Curry**<br>1981Colorado Blvd. , Apt B<br>Denton, TX 76202 | Sept 2020<br>Oct 2020<br>Nov 2020 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **CS Contractor** |
| 3.5.  **Capital One**<br>P O Box 60599<br>City of Industry, CA 91716-0599 | Sept 2020<br>Oct 2020<br>Nov 2020 | $480,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card** |
| 3.6.  **Central Entertainment Group, Inc.**<br>1001 6th Ave, 14th Floor<br>New York, NY 10018 | Sept 2020<br>Oct 2020<br>Nov 2020 | $17,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Marketing** |
| 3.7.  **Christina Entertainment Inc.**<br>2419 Sandiago Drive<br>Newport Beach, CA 92660 | Sept 2020 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Marketing** |
| 3.8.  **Divine N. Tumenta**<br>9017 Sycamore Ave, Unit 108<br>Montclair, CA 91763 | Sept 2020 | $23,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Marketing** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Heartwise Incorporation**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Estuniga Inc.**<br>462 SW Port Saint Lucie Blvd.<br>Unit 116<br>Port Saint Lucie, FL 34953 | Sept 2020 | $26,610.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Marketing__ |
| 3.10. **Kim Le CPA**<br>22241 Canyon Crest Dr<br>Mission Viejo, CA 92692 | Oct 2020 | $24,205.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Lauren Speed**<br>1609 Peachcrest Rd<br>Decatur, GA 30032 | Oct 2020 | $13,332.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Marketing__ |
| 3.12. **Mohajerian Law Group**<br>1901 Avenue of The Starts, Ste 1100<br>Los Angeles, CA 90067 | Oct 2020 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Legal__ |
| 3.13. **Little Red Management**<br>7200 Franklin Ave., #222<br>Los Angeles, CA 90046 | Sept | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Marketing__ |
| 3.14. **Monumental**<br>5010 SE Foster Rd, #86352<br>Portland, OR 97206 | Oct 2020 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Marketing__ |
| 3.15. **Mutesix Inc.**<br>6080 Center Drive, #900<br>Los Angeles, CA 90045 | Oct 2020 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Marketing__ |
| 3.16. **Pacific Western Container**<br>4044 West Garry Avenue<br>Santa Ana, CA 92704 | October 2020 | $13,967.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **Heartwise Incorporation**                                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17 **PHD Studios**<br>1968 Hutchins Circle<br>Medford, OR 97504 | Oct 2020 | $18,625.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Marketing** |
| 3.18 **Premeo Financial Corp**<br>P O Box 19367<br>Kalamazoo, MI 49019 | Oct 2020 | $20,964.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |
| 3.19 **Probi USA Inc.**<br>9609 153rd Ave., N.E.<br>Redmond, WA 98052 | Oct 2020 | $152,526.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor for Probiotics** |
| 3.20 **Robinson Pharma**<br>3330 South Harbor Blvd.<br>Santa Ana, CA 92704 | Oct 2020 | $5,843,123.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Main Vendor of the business** |
| 3.21 **Steptoe & Johnson LLP**<br>633 West Fifth Street<br>Los Angeles, CA 90071 | Oct 2020 | $16,120.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |
| 3.22 **Synapse Marketing Solutions**<br>2950 Ole Tree Drive<br>Lancaster, PA 17603 | Oct 2020 | $16,495.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Marketing** |
| 3.23 **Tatyana Shykal**<br>10625 Parrish St, Apt 223<br>Matthews, NC 28105 | Nov 2020 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.24 **Telkametrics**<br>280 Summer Street<br>Boston, MA 02210 | Nov 2020 | $260,560.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Marketing** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Heartwise Incorporation**                                        Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.25 | **Trojan Law Offices** | **Nov 2020** | **$35,526.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal Services** |
| 3.26 | **UPS**<br>P O Box 894820<br>Los Angeles, CA 90189 | **Nov 2020** | **$96,294.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Shipping** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
    may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
    |---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case.

    ☐ None.

    | | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
    |---|---|---|---|---|
    | 7.1. | **Martha Valentine v Heartwise<br>Inc. doing business as Nature<br>Wise and Heart Wise Wonder<br>Incorporated<br>4:20-cv-04302-JSW** | **Class action for<br>Diversity-Fraud** | **U.S. District Court<br>California Northern District<br>(Oakland)<br>1301 Clay St., #400s<br>Oakland, CA 94612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Heartwise Incorporation**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Vitamins Online v Heartwise et al**<br>**2:13-cv-00982-DAK** | **Trademark Infringement**<br>**(Lanham Act)** | **U.S. District Court District of Utah (Central)**<br>**206 West Tabernacle Saint George, UT 84770** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212** | **Attorney Fees plus $1,717.00 for filing fee** | **11/20/2020 and 12/2/2020** | **$25,000.00** |
| | Email or website address<br>michael.berger@bankruptcypower.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

Debtor  __Heartwise Incorporation__                    Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

### Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Heartwise Incorporation**                                    Case number *(if known)* _____

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Heartwise Incorporation**                                Case number (if known) _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **Heartwise Inc.**<br>**2973 Harbor Blvd., #472**<br>**Costa Mesa, CA 92626** | **Online sales of Vitamins &**<br>**Supplements** | **Dates business existed**<br>EIN:      **45-5252765**<br><br>From-To   **2019 to current** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Kim Le, C.P.A., A Prof. Corp.**<br>**22241 Canyon Crest Dr.**<br>**Mission Viejo, CA 92692** | **2018 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    __Heartwise Incorporation__                                    Case number (if known) _____

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tuong Nguyen | 2973 Harbor Blvd., #472 Costa Mesa, CA 92626 | Chief Executive Officer | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DavidPaul Doyle | 2973 Harbor Blvd., #472 Costa Mesa, CA 92626 | Founder and Chief Brand Officer | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elaine T Le | 2973 Harbor Blvd., #472 Costa Mesa, CA 92626 | Chief Financal Officer | No Interest |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Heartwise Incorporation**                                    Case number (if known) _____

---

| Part 14: | Signature and Declaration |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2020**

_____          **Tuong V. Nguyen** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Heartwise Inc.** _____    Case No. _____
                                                          Debtor(s)         Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................  $  **23,283.00**

    Prior to the filing of this statement I have received .......................................  $  **23,283.00**

    Balance Due .........................................................................................  $  **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_12/4/2020_ _____            _____
Date                                            **Michael Jay Berger**
                                                _Signature of Attorney_
                                                **Law Offices of Michael Jay Berger**
                                                **9454 Wilshire Boulevard, 6th floor**
                                                **Beverly Hills, CA 90212**
                                                **(310) 271-6223  Fax: (310) 271-9805**
                                                **michael.berger@bankruptcypower.com**
                                                _Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>michael.berger@bankruptcypower.com | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: |
|---|---|
| **Heartwise Inc.** | ADVERSARY NO.: |
| Debtor(s), | CHAPTER:   **11** |
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Michael Jay Berger**_____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

  b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

12/4/2020

Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Michael Jay Berger**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Heartwise Incorporation**

CASE NO.:

CHAPTER: 11

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **December 4, 2020**

Signature of Debtor

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: **December 4, 2020**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

Heartwise Incorporation
2973 Harbor Blvd., #472
Costa Mesa, CA 92626


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Alpha House Research
2781 West Macarthur Blvd., Suite
34
Santa Ana, CA 92704


American Express
P O Box 650448
Dallas, TX 75265


Anthem Blue Cross
P O Box 51011
Los Angeles, CA 90051


California Bank and Trust
Bankcard Center
P O Box 30833
Salt Lake City, UT 84130-0833


Capital One
P O Box 60599
City of Industry, CA 91716-0599


Franchise Tax Board
c/o General Counsel Section
P O Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Internal Revenue Service (IRS)
P O Box 7346
Philadelphia, PA 19101-7346


Martha Valentine
c/o Gutride Safier LLP
Seth A. Safier, Esq.
100 Pine Street, Ste 1250
San Francisco, CA 94111


Monumental
5010 SE Foster Rd, #86352
Portland, OR 97206


PHD Studios
1968 Hutchins Circle
Medford, OR 97504


Premeo Financial Corp
P O Box 19367
Kalamazoo, MI 49019


Retain Exchange Network, Inc.
7071 Warner Ave., Ste #345
Huntington Beach, CA 92647


Rob Wilsey Creative Partners LLC
300 s. Raymond Ave., Ste 6
Pasadena, CA 91105


Robinson Pharma
3330 South Harbor Blvd.
Santa Ana, CA 92704

Robinson Pharma, Inc.
3330 South Harbor Blvd.
Santa Ana, CA 92704


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-8064


Steptoe & Johnson LLP
633 West Fifth Street
Los Angeles, CA 90071


Tatyana Shykal
10625 Parrish St, Apt 223
Matthews, NC 28105


Trojan Law Offices
Red Fox Plaza
9250 Wilshire Blvd., 325
Beverly Hills, CA 90212


Uline
P O Box 88741
Chicago, IL 60680


Vitamins Online Inc.
Edgar R. Cataxinos
MAGLEBY CATAXINOS & GREENWOOD
170 S MAIN ST STE 1100
Salt Lake City, UT 84101


WORKMAN NYDEGGER
60 E SOUTH TEMPLE STE 1000
Salt Lake City, UT 84111