Ronald A. Clifford (State Bar No. 246542)
E-Mail: RClifford@BlakeleyLLP.com
BLAKELEY LLP
18500 Von Karman Ave, Suite 530
Irvine, California 92612
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

*General Insolvency Counsel for*
*Heartwise, Inc.*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:20-bk-13335-MW |
| HEARTWISE, INC., | Chapter 11 |
| Debtor in Possession. | **NOTICE OF MOTION AND MOTION FOR ORDER (1) APPROVING DISCLOSURE STATEMENT DESCRIBING HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION, AND (2) SETTING PLAN SOLICITATION AND CONFIRMATION PROCEDURES AND DEADLINES** |
| | **Hearing Date, Time and Location:**<br>Date:    May 12, 2021<br>Time:   2:00 p.m.<br>Place:   411 West Fourth Street<br>             Santa Ana, CA 92701<br>             Courtroom 6C |

**NOTICE OF MOTION AND MOTION FOR ORDER (1) APPROVING DISCLOSURE STATEMENT DESCRIBING HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION, AND (2) SETTING PLAN SOLICITATION AND CONFIRMATION PROCEDURES AND DEADLINES**

1

1    **PLEASE TAKE NOTICE** that on May 12, 2021, at 2:00 p.m., before the Honorable Mark S. Wallace, United States Bankruptcy Judge, at 411 West Fourth Street, Courtroom 6C, Santa Ana, CA 92701, a hearing will be held to consider this Motion by Heartwise, Inc. (the "Debtor") for an order (1) approving this "Disclosure Statement (the "Disclosure Statement") Describing Heartwise, Inc.'s Chapter 11 Plan of Reorganization (the "Plan") as having adequate information as required under 11 U.S.C. § 1125(b), and (2) setting solicitation and confirmation procedures and deadlines.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the General Order 21-03 Reopening Intake Areas in All Divisions, most bankruptcy matters are currently being heard remotely through telephonic or by video means, and that the Court's telephonic appearance instructions may be viewed at https://www.cacb.uscourts.gov/judges/honorable-mark-s-wallace.

    **PLEASE TAKE FURTHER NOTICE** that upon approval of the Disclosure Statement by the Court, all parties that received this Notice will receive a copy of the Disclosure Statement, the Plan, and if allowed to vote, a ballot for voting on the Plan, without taking any further action.

    **PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement and Plan are on file with the Clerk of the Court and may be viewed and/or copied during regular business hours, Monday through Friday.

    **PLEASE TAKE FURTHER NOTICE** that on March 20, 2021, a copy of both the Disclosure Statement and Plan were mailed to each of the parties receiving this Notice with the exception of the Securities and Exchange Commission, which will receive a copy of the Disclosure Statement and Plan concurrently herewith, however, any further request for a copy of the Disclosure Statement and Plan prior to the hearing on the Disclosure Statement must be made in writing and sent to Blakeley LLP, Attn: Ronald A. Clifford, Esq., 18500 Von Karman Ave., Suite 530, Irvine, CA 92612, by facsimile at 949-260-0613, or by electronic mail at RClifford@BlakeleyLLP.com.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 3017-1(b) and 9013-1(f), no later than 14 days prior to the hearing on this Motion, any party who wishes to assert an objection to this Motion or the Disclosure Statement must file a written objection with the Clerk of the Court and serve such objection on (1) the Office of the United States Trustee, Attn:

**NOTICE OF MOTION AND MOTION FOR ORDER (1) APPROVING DISCLOSURE STATEMENT DESCRIBING HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION, AND (2) SETTING PLAN SOLICITATION AND CONFIRMATION PROCEDURES AND DEADLINES**

2

Nancy Goldenberg, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701, and (2) counsel to the Debtor, Blakeley LLP, Attn: Ronald A. Clifford, 18500 Von Karman Ave., Suite 530, Irvine, CA 92612.

**PLEASE TAKE FUTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve any objections to this Motion or the Disclosure Statement may be deemed to be consent to the relief requested in this Motion and approval of the Disclosure Statement.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(1) Granting this Motion in its entirety;

(2) Finding that the Disclosure Statement contains adequate information as required by 11 U.S.C. § 1125(b);

(3) Approving the Disclosure Statement;

(4) Setting procedures, dates, and deadlines regarding the distribution of the Disclosure Statement, Plan, and ballots for voting on the Plan, and confirmation of the Plan; and

For such other relief as the Court deems just and appropriate.

Dated: March 31, 2021                                **BLAKELEY LLP**

                                                     By: */s/ Ronald A. Clifford*
                                                         Ronald A. Clifford

                                                     *General Insolvency Counsel for*
                                                     *Heartwise, Inc.*

---

**NOTICE OF MOTION AND MOTION FOR ORDER (1) APPROVING DISCLOSURE STATEMENT DESCRIBING HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION, AND (2) SETTING PLAN SOLICITATION AND CONFIRMATION PROCEDURES AND DEADLINES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

18500 Von Karman Ave., Suite 530, Irvine, California 92612.

A true and correct copy of the foregoing document entitled: *Notice of Motion and Motion for Order (1) Approving Disclosure Statement Describing Heartwise, Inc.'s Chapter 11 Plan of Reorganization; and (2) Setting Plan Solicitation and Confirmation Procedures and Deadlines* was served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 31, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger; michael.berger@bankruptcypower.com; yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
Nancy S. Goldbenberg; nancy.goldenberg@usdoj.gov
United States Trustee (SA); ustpregion16.sa.ecf@usdoj.gov
Eve H Karasik on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P. ehk@lnbyb.com
Monica Y Kim on behalf of Creditor Vitamins Online, Inc.  myk@lnbrb.com, myk@ecf.inforuptcy.com
Anthony Bisconti on behalf of Creditor Robinson Pharma, Inc.  tbisconti@bienertkatzman.com, 4579179420@filings.docketbird.com;chowland@bienertkatzman.com
Steven J. Katzman on behalf of Creditor Robinson Pharma, Inc.  SKatzman@bienertkatzman.com, admin@bienertkatzman.com;chowland@bienertkatzman.com;4579179420@filings.docketbird.com
Carlos A Nevarez on behalf of Creditor Robinson Pharma, Inc.  cnevarez@bienertkatzman.com, carlos.aa.nevarez@gmail.com
K. Luan Tran on behalf of Creditor Robinson Pharma, Inc.  ltran@kslaw.com, tle@kslaw.com
Aaron J Malo on behalf of Interested Party Magleby Cataxinos & Greenwood amalo@sheppardmullin.com, jsummers@sheppardmullin.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 31, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
United States Bankruptcy Court
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

Securities and Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 31, 2021 | Ronald A. Clifford | */s/ Ronald A. Clifford* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:20-bk-13335-MW<br>Central District of California<br>Santa Ana<br>Wed Mar 31 10:37:36 PDT 2021 | Heartwise, Inc.<br>2973 Harbor Blvd., #472<br>Costa Mesa, CA 92626-3912 | Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd, #1700<br>Los Angeles, CA 90067-6253 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Alpha House Research<br>2781 West Macarthur Blvd., Suite 34<br>Santa Ana, CA 92704-8300 | American Express<br>P O Box 650448<br>Dallas, TX 75265-0448 |
| Anthem Blue Cross<br>P O Box 51011<br>Los Angeles, CA 90051-5311 | Brads Deals LLC<br>6115 Estate Smith Bay Suite 315 Box 7<br>St. Tomas, VI 00802-1324 | California Bank and Trust<br>Bankcard Center<br>P O Box 30833<br>Salt Lake City, UT 84130-0833 |
| Capital One<br>P O Box 60599<br>City of Industry, CA 91716-0599 | Central Entertainment Group Inc<br>1001 6th Ave 14th Floor<br>New York, NY 10018-5477 | Christina Entertainment Inc<br>2419 Santiago Drive<br>Newport Beach, CA 92660-3649 |
| DavidPaul Doyle<br>4400 El Nido Ranch Rd<br>Orinda, CA 94563-1900 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>c/o General Counsel Section<br>P O Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| Internal Revenue Service (IRS)<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Little Red Management<br>7200 Franklin Ave 222<br>Los Angeles, CA 90046-3083 | Martha Valenite<br>c/o Gutride Safier LLP<br>Seth A. Safier, Esq.<br>100 Pine Street, Ste 1250<br>San Francisco, CA 94111-5235 |
| Monumental<br>5010 SE Foster Rd, #86352<br>Portland, OR 97206-3039 | PHD Studios<br>1968 Hutchins Circle<br>Medford, OR 97504-4878 | Premeo Financial Corp<br>P O Box 19367<br>Kalamazoo, MI 49019-0367 |
| Retain Exchange Network, Inc.<br>7071 Warner Ave., Ste #345<br>Huntington Beach, CA 92647-5495 | Rob Wilsey Creative Partners LLC<br>300 s. Raymond Ave., Ste 6<br>Pasadena, CA 91105-2638 | Robinson Pharma<br>3330 South Harbor Blvd.<br>Santa Ana, CA 92704-6831 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8064 | Steptoe & Johnson LLP<br>633 West Fifth Street<br>Los Angeles, CA 90071-2005 | Tatyana Shykal<br>10625 Parrish St, Apt 223<br>Matthews, NC 28105-8933 |
| Teikametrics, LLC<br>280 Summer Street<br>Boston, MA 02210-1131 | Trojan Law Offices<br>Red Fox Plaza<br>9250 Wilshire Blvd., 325<br>Beverly Hills, CA 90212-3376 | Tuong V. Nguyen<br>10132 Tyler Court<br>Westminster, CA 92683-5760 |

```
Uline                              Uline                              United States Trustee (SA)
12575 Uline Drive                  P O Box 88741                      411 W Fourth St., Suite 7160
Pleasant Prairie WI 53158-3686     Chicago, IL 60680-1741             Santa Ana, CA 92701-4500


Vitamins Online Inc.               Vitamins Online, Inc.              WORKMAN NYDEGGER
Edgar R. Cataxinos                 c/o Matthew M. Boley, Esq.         60 E SOUTH TEMPLE STE 1000
MAGLEBY CATAXINOS & GREENWOOD      111 E. Broadway, 11th Floor        Salt Lake City, UT 84111-1011
170 S MAIN ST STE 1100             Salt Lake City, UT 84111-5225
Salt Lake City, UT 84101-1651


Ronald Clifford
Blakeley LLP
18500 Von Karman Avenue, Suite 530
Irvine, CA 92612-0537
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Blakeley LLP                    (u)DTO Law                         (u)Greenberg Traurig, LLP




(u)Magleby Cataxinos & Greenwood   (u)Robinson Pharma, Inc.           (u)The Law Offices of Michael Jay Berger




(u)Vitamins Online, Inc            (d)Robinson Pharma, Inc.           (u)DavidPaul Doyle
                                   3330 South Harbor Blvd.
                                   Santa Ana, CA 92704-6831
```

End of Label Matrix
Mailable recipients    36
Bypassed recipients     9
Total                  45