Ronald A. Clifford (State Bar No. 246542)
E-Mail: RClifford@BlakeleyLLP.com
BLAKELEY LLP
18500 Von Karman Ave, Suite 530
Irvine, California 92612
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

*General Insolvency Counsel for*
*Heartwise, Inc.*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HEARTWISE, INC.,<br><br>              Debtor in Possession. | Case No.: 8:20-bk-13335-MW<br><br>Chapter 11<br><br>**SUPPLEMENTAL PROOF OF SERVICE OF (1) DISCLOSURE STATEMENT DESCRIBING HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION, AND (2) HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Hearing Date, Time and Location:**<br>Date:    May 12, 2021<br>Time:   2:00 p.m.<br>Place:  411 West Fourth Street<br>          Santa Ana, CA 92701<br>          Courtroom 6C |

Dated: March 31, 2021        **BLAKELEY LLP**

                  By: */s/ Ronald A. Clifford*
                     Ronald A. Clifford

                 *General Insolvency Counsel for*
                 *Heartwise, Inc.*

**SUPPLEMENTAL PROOF OF SERVICE OF (1) DISCLOSURE STATEMENT DESCRIBING HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION, AND (2) HEARTWISE, INC.'S CHAPTER 11 PLAN OF REORGANIZATION**

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

18500 Von Karman Ave., Suite 530, Irvine, California 92612.

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 31, 2021, I served the Securities and Exchange Commission, at 444 South Flower Street, Suite 900, Los Angeles, CA 90071, true and correct copies of the foregoing documents entitled: *Heartwise, Inc.'s Chapter 11 Plan of Reorganization* and *Disclosure Statement Describing Heartwise, Inc.'s Chapter 11 Plan of Reorganization* by placing said documents in a sealed envelope in the United States mail, first class, postage prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 31, 2021 | Ronald A. Clifford | /s/ Ronald A. Clifford |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**