Ronald A. Clifford (State Bar No. 246542)
E-Mail: RAC@RCliffordLaw.com
Shanon J. Slack (State Bar No. 316581)
E-Mail: Slack@RCliffordLaw.com
**R. CLIFFORD & ASSOCIATES**
1100 Town and Country Rd., Suite 1250
Orange, California 92868
Telephone: (949) 533-9774

*General Insolvency Counsel for
Heartwise, Inc.*

FILED & ENTERED

JUN 15 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HEARTWISE, INC.,<br><br>     Debtor in Possession. | Case No.: 8:20-bk-13335-MW<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF HEARTWISE, INC. FOR ORDER: (1) CLARIFYING THAT DISCOVERY HAS CLOSED ON THE CHAPTER 11 TRUSTEE MOTION AND 503(b)(9) MOTION; AND (2) PROHIBITING DISCOVERY IN CONNECTION WITH THE DISCLOSURE STATEMENT**<br><br>**<u>Hearing Date, Time and Location:</u>**<br>Date:     June 7, 2021<br>Time:     2:00 p.m.<br>Location: 411 West Fourth Street<br>              Santa Ana, California 92701<br>              Courtroom 6C |

THIS MATTER having come before the Court pursuant to the *Motion of Heartwise, Inc. For Order: (1) Clarifying That Discovery Has Closed On The Chapter 11 Trustee Motion And 503(b)(9) Motion; And (2) Prohibiting Discovery In Connection With The Disclosure Statement* (the "Motion"); and for the reasons set forth on the record, therefore, it is hereby

**ORDERED** that

(1)     The Motion is granted in full; and

ORDER GRANTING MOTION OF HEARTWISE, INC. FOR ORDER: (1) CLARIFYING THAT DISCOVERY HAS CLOSED ON THE CHAPTER 11 TRUSTEE MOTION AND 503(b)(9) MOTION; AND (2) PROHIBITING DISCOVERY IN CONNECTION WITH THE DISCLOSURE STATEMENT

1

(2) The subpoenas issued by Vitamins Online after the close of discovery on April 28, 2021 are quashed.

###

Date: June 15, 2021

Mark S. Wallace
United States Bankruptcy Judge

**ORDER GRANTING MOTION OF HEARTWISE, INC. FOR ORDER: (1) CLARIFYING THAT DISCOVERY HAS CLOSED ON THE CHAPTER 11 TRUSTEE MOTION AND 503(b)(9) MOTION; AND (2) PROHIBITING DISCOVERY IN CONNECTION WITH THE DISCLOSURE STATEMENT**

2