HAHN & HAHN LLP
DEAN G. RALLIS JR., State Bar No. 94266
E-Mail: drallis@hahnlawyers.com
301 E. COLORADO BLVD., NINTH FLOOR
PASADENA, CALIFORNIA 91101-1977
Telephone: (626) 796-9123
Facsimile: (626) 449-7357

Attorneys for Creditor Vitamins Online, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HEARTWISE, INC.,<br><br>Debtor. | Case No. 8:20-bk-13335-MW<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MAGLEBY CATAXINOS & GREENWOOD, PC's LIMITED OBJECTION TO AMENDED CLAIM OF VITAMINS ONLINE, INC. [Claim No. 3-2] (ECF No. 277)**<br><br>Date:     November 22, 2021<br>Time:    2:00 p.m. (PST)<br>Place:    411 W. Fourth Street<br>             Courtroom 6C<br>             Santa Ana, California 92701 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DGR\37333.00002\3275782.1

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND ITS COUNSEL OF RECORD; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that creditor Vitamins Online, Inc. ("Vitamins Online") has calendared for hearing (as noted below) the "Limited Objection to Amended Claim of Vitamins Online, Inc. [Claim No. 3-2]" (ECF No. 277) ("Limited Objection") filed by Magleby Cataxinos & Greenwood, PC on May 29, 2021. The hearing is scheduled for **Monday, November 22, 2021, at 2:00 p.m.** (Pacific Time) before the Honorable Mark S. Wallace, United States Bankruptcy Judge, in Courtroom 6C of the above-entitled Court located at 411 West Fourth Street, Courtroom 6C, Santa Ana, CA 92701.

**PLEASE TAKE FURTHER NOTICE** that concurrently with the filing of this Notice, Vitamins Online has filed its "Creditor Vitamins Online, Inc.'s Response To Magleby Cataxinos & Greenwood, P.C.'s Limited Objection To Amended Claim of Vitamins Online, Inc. [Claim No. 3-2]" and "Declaration of Osman Khan In Support of Vitamins Online, Inc.'s Response To Magleby Cataxinos & Greenwood, P.C.'s Limited Objection To Amended Claim of Vitamins Online, Inc. [Claim No. 3-2]" (collectively, the "Response").

**PLEASE TAKE FURTHER NOTICE** that any reply to the Vitamins Online's Response must be set forth in writing and filed with the Court and served on counsel for Vitamins Online at the address noted on the first page of this Notice, and any other interested party, on or before seven (7) days prior to the hearing pursuant to Local Bankruptcy Rule 9013-1(g).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Limited Objection and Response are on file with the Clerk of the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701, and are available for inspection during the Court's normal business hours. Copies of the Limited Objection and Response may also be obtained from counsel to

///
///
///
///

1 | Vitamins Online by contacting counsel for Vitamins Online, Dean G. Rallis Jr. of Hahn & Hahn,
2 | LLP, either by email at drallis@hahnlawyers.com or by telephone at (626) 796-9123.
3
4 | DATED:  October 30, 2021              Respectfully submitted,
5                                         HAHN & HAHN LLP
6
7                                         By:    /s/ Dean G. Rallis Jr.
8                                              Dean G. Rallis Jr.
                                               Attorneys for Creditor Vitamins Online, Inc.
9
10
...
28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 301 E. Colorado Blvd., 9th Floor, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MAGLEBY CATAXINOS & GREENWOOD, PC's LIMITED OBJECTION TO AMENDED CLAIM OF VITAMINS ONLINE, INC. [Claim No. 3-2] (ECF No. 277)** the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 30, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 30, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**:
Hon. Mark S. Wallace
U.S. Bankruptcy Court for the Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, California 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 30, 2021 | Margie M. Arias | /s/ Margie M. Arias |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DGR\37333.00002\3270137.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (CONT'D)**:

| | |
|---|---|
| Attorney for The Law Office of Michael Jay Berger | Michael Jay Berger, michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com, michael.berger@ecf.inforuptcy.com |
| Attorney for Robinson Pharma, Inc. | Anthony Bisconti, tbisconti@bienertkatzman.com, 4579179420@filings.docketbird.com, chowland@bienertkatzman.com |
| Attorney for Alpha Health Research | Anthony Bisconti, tbisconti@bienertkatzman.com, 4579179420@filings.docketbird.com, chowland@bienertkatzman.com |
| Attorney for Ernesty LLC | Anthony Bisconti, tbisconti@bienertkatzman.com, 4579179420@filings.docketbird.com, chowland@bienertkatzman.com |
| Attorney for Tuong Nguyen | Anthony Bisconti, tbisconti@bienertkatzman.com, 4579179420@filings.docketbird.com, chowland@bienertkatzman.com |
| Attorney for Blakeley LLP | Ronald Clifford, rac@rcliffordlaw.com |
| Attorney for R. Clifford & Associates | Ronald Clifford, rac@rcliffordlaw.com |
| Attorney for Debtor | Ronald Clifford, rac@rcliffordlaw.com |
| Attorney for DavidPaul Doyle | Jared Glicksman, jglicksman@yocca.com |
| Attorney for United States Trustee (SA) | Nancy S. Goldenberg, nancy.goldenberg@usdoj.gov |
| Attorney for Levene, Neale, Bender, Yoo & Brill L.L.P. | Eve H. Karasik, ehk@lnbyb.com |
| Attorney for Robinson Pharma, Inc. | Steven J. Katzman, SKatzman@bienertkatzman.com, admin@bienertkatzman.com, chowland@bienertkatzman.com, 4579179420@filings.docketbird.com |
| Attorney for Magleby Cataxinos & Greenwood | Aaron J. Malo, amalo@sheppardmullin.com, clopez@sheppardmullin.com, abilly@sheppardmullin.com |
| (Former) Attorney for Vitamins Online, Inc. | Kathleen P. March, kmarch@bkylawfirm.com, kmarch3@sbcglobal.net |
| Attorney for Robinson Pharma, Inc. | Carlos A. Nevarez, cnevarez@bienertkatzman.com, carlos.aa.nevarez@gmail.com |
| Attorney for Alpha Health Research | Carlos A. Nevarez, cnevarez@bienertkatzman.com, carlos.aa.nevarez@gmail.com |
| Attorney for Ernesty LLC | Carlos A. Nevarez, cnevarez@bienertkatzman.com, carlos.aa.nevarez@gmail.com |
| Attorney for Tuong Nguyen | Carlos A. Nevarez, cnevarez@bienertkatzman.com, carlos.aa.nevarez@gmail.com |
| Interested Party | Misty A. Perry Isaacson, misty@ppilawyers.com, ecf@ppilawyers.com, perryisaacsonmr51779@notify.bestcase.com |
| Attorney for Martha Valentine | Seth A. Safier, seth@gutridesafier.com |
| (Former) Attorney for Robinson Pharma, Inc. | K. Luan Tran, ltran@kslaw.com, tle@kslaw.com |
| United States Trustee (SA) | United States Trustee (SA), ustpregion16.sa.ecf@usdoj.gov |

DGR\37333.00002\3270137.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**