Ronald A. Clifford (State Bar No. 246542)
E-Mail: RAC@RCliffordLaw.com
**R. CLIFFORD & ASSOCIATES**
1100 Town and Country Rd., Suite 1250
Orange, California 92868
Telephone: (949) 533-9774

*General Insolvency Counsel for
Heartwise, Inc.*



**FILED & ENTERED**

JAN 05 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HEARTWISE, INC.,<br><br>Debtor in Possession. | Case No.: 8:20-bk-13335-MW<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF EUREKA CONSULTING LLC AS ADVISOR TO THE DEBTOR-IN-POSSESSION**<br><br>[LBR 9013-1(o)(3)] |

THIS MATTER having come before the Court pursuant to Heartwise, Inc.'s (the "Debtor") *Application for Authorization to Employ Eureka Consulting LLC as Advisor to the Debtor-In-Possession* (the "Application"); the Court finding that the professionals of Eureka Consulting LLC ("Eureka") are disinterested persons and do not represent or hold interests adverse to the interest of the Debtor or its estate; the Court finding that the professionals of Eureka are qualified to represent the Debtor before this Court; and other good cause having been shown now, therefore, it is hereby

**ORDERED** that the Debtor is authorized to employ Eureka as advisor as of October 26, 2021, at Eureka's hourly rates in accordance with the Application and the supporting

**ORDER AUTHORIZING EMPLOYMENT OF EUREKA CONSULTING LLC AS ADVISOR TO THE DEBTOR-IN-POSSESSION**

1

1  Declaration of Josh Edwards, to advise the Debtor regarding confirmation of its Plan of
2  Reorganization.
3      IT IS SO ORDERED.
4                                          ###

23  Date: January 5, 2022                    Mark S. Wallace
24                                           United States Bankruptcy Judge