# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR: HEARTWISE, INC. ET AL <br><br> DEBTOR(S) | DISTRICT COURT CASE NUMBER: <br><br> 8:21−cv−01961−AB <br><br> BANKRUPTCY COURT CASE NUMBER: <br><br> 8:20−bk−13335−MW <br><br> ADVERSARY CASE NUMBER: <br><br> N/A |
| DAVIDPAUL DOYLE <br><br> APPELLANT(S) <br><br> v. <br><br> HEARTWISE, INC. <br><br> APPELLEE(S). | **NOTICE RE:** <br> **BANKRUPTCY RECORD COMPLETE** |

   Please be advised that this Court has received from the Clerk of the Bankruptcy Court either the record for the above-captioned appeal or notice that the record is available electronically. This Notice Re: Bankruptcy Record Complete constitutes your notice, pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), that the record has been received by the District Court. The date of filing of this Notice Re: Bankruptcy Record Complete constitutes the starting date for the calculation of all deadlines pursuant to Federal Rule of Bankruptcy Procedure 8018, and, if applicable, Federal Rule of Bankruptcy Procedure 8016.

   Briefs must comply with the requirements of Federal Rules of Bankruptcy Procedure 8014, 8015, 8016, and 8018. Briefs must contain as addenda all excerpts of the record and all transcripts previously designated by the filing party. No brief shall refer to a portion of the transcript that is not included in said addendum. Page limits exclude the table of contents, table of citations, and any addendum containing statutes, rules, regulations, excerpts of the record, or similar material.

   Unless exempted by the Court's local rules, all briefs must be e-filed using the District Court's CM/ECF System. Unless otherwise ordered by the Court, pro se litigants shall continue to present all documents to the Clerk for filing in paper format. Documents received by the Clerk from pro se litigants will be scanned by the Clerk into the CM/ECF System.

   Once briefing is complete, the Courtroom Deputy Clerk of the District Judge who is assigned the appeal will notify counsel when the matter is to be argued and heard, or that no oral argument will be permitted. If, for any reason, such notice has not been received within 30 days after the last brief is filed, counsel should contact that Courtroom Deputy Clerk for further instructions.

Clerk, U.S. District Court

 January 3, 2022     By  /s/ Grace Kami  
 Date                    Deputy Clerk

 CC:  Bankruptcy Court Judge