FILED

JUN 27 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>HEARTWISE, INC.,<br>dba HEARTWISE WONDER INCORPORATION<br>dba NATUREWISE<br><br><br>Debtor(s) | BAP/USDC NO.: CC-22-1089<br>CASE NO.: 8:20-bk-13335-SC<br>ADVERSARY NO.: N/A<br>APPEAL DOCKET ENTRY NO.: 788 |
| Plaintiff(s)<br><br>vs.<br><br><br><br>Defendant(s) | **CERTIFICATE OF READINESS AND<br>COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:

☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:

Chad E. Nydegger - Workman Nydegger PC  - And   Dean G. Rallis, Jr - Hahn & Hahn, LLP
60 East South Temple, Suite 1000                301 E. Colorado Boulevard, Ninth Floor
Salt Lake City, UT  84111                       Pasadena, CA  91101-1977

Attorney of Record for Appellee:

Aaron J. Malo -Sheppard, Mullin, Richter & Hampton, LLP ;  Jeffrey W. Shields - Jones, Waldo, Holbrook & McDonough
650 Town Center Drive, 10th Floor               170 South Main Street, Suite 1500
Costa Mesa, CA  92626-1993                      Salt Lake City, UT  84101

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:

☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date:   06/27/2022          By:   /s/ Nickie Bolte  *Nickie Bolte*
                                  Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

**1.  SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

☒ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
☐ United States District Court at bkappeal_cacd@cacd.uscourts.gov

Office of the U.S. Trustee
☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

Other Parties Served by NEF:

Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;
michael.berger@ecf.inforuptcy.com
Anthony Bisconti    tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
Jared Glicksman    jglicksman@yocca.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Matthew Grimshaw    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;
kfrederick@ecf.courtdrive.com
Eve H. Karasik    ehk@lnbyb.com
Steven J. Katzman    skatzman@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
Aaron J Malo    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
Kathleen P March    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net

XX Service information continued on attached page

**2.  SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

Chad E. Nydegger
Workman Nydegger PC
60 East South Temple, Suite 1000
Salt Lake City, UT  84111

Heartwise, Inc.
2973 Harbor Boulevard, #472
Costa Mesa, CA  92626

**SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

- **Michael Jay Berger**   michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Anthony Bisconti**   tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Jared Glicksman**   jglicksman@yocca.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com,
  mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Eve H. Karasik**   ehk@lnbyb.com
- **Steven J. Katzman**   skatzman@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Aaron J Malo**   amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Carlos A Nevarez**   cnevarez@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Misty A Perry Isaacson**   misty@ppilawyers.com,
  ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **Dean G Rallis**   drallis@hahnlawyers.com,
  jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
- **Seth A Safier**   seth@gutridesafier.com
- **Annie Y Stoops**   annie.stoops@afslaw.com, yvonne.li@arentfox.com
- **K. Luan Tran**   ltran@kslaw.com, tle@kslaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **David Wood**   dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com