Case 8:21-cv-01961-AB Document 12 Filed 07/12/23 Page 1 of 1 Page ID #:665



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: HEARTWISE, INC.,

        Debtor,
_____

OSMAN KHAN,

        Appellant,

 v.

HEARTWISE, INC.,

        Appellee.

No.   23-55002

D.C. No. 8:21-cv-01961-AB
Central District of California,
Santa Ana

ORDER

    The appellant did not file the opening brief by the due date. This case is therefore dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

    This order, served on the district court, will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA133