# Exhibit G

# (UCC-1 Financing Statements)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

1671 97350
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Utah
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Vitamins Online, Inc.

OR 1b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

1c. MAILING ADDRESS: 1467 W. 105 North | CITY: Orem | STATE: UT | POSTAL CODE: 84057 | COUNTRY: USA

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: Nutrigold, Inc.

OR 2b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

2c. MAILING ADDRESS: 1467 W. 105 North | CITY: Orem | STATE: UT | POSTAL CODE: 84057 | COUNTRY: USA

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: CORPORATION SERVICE COMPANY as REPRESENTATIVE

OR 3b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

3c. MAILING ADDRESS: P.O. BOX 2576  uccsprep@cscinfo.com | CITY: Springfield | STATE: IL | POSTAL CODE: 62708 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:

Any and all compensation, commissions, revenues, income, fees, compromises, judgments, collections, recoverable costs, reimbursements, distributions, payments, proceeds, preferences, recoveries of any type, receivables, insurance coverage, damages of any type, settlements, royalties, license fees, sales, judgments, collections, non-monetary remuneration, value, assets, and other benefits which Client now is or may hereafter become entitled to receive in, due to, against, from, or relating to any and all of the following:

1.      The dispute, litigation, claim(s), proceeding(s), or demand(s) currently pending in the United States District Court for the District of Utah, Central Division as case number 2:13-cv-00982-DAK and all proceedings related thereto, whether disclosed or undisclosed.

2.      Any and all claims existing now or arising in the future, whether disclosed or undisclosed, related to, arising out of, resulting from the aforementioned or the actions and/or omissions of the defendants and/or unknown and/or

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
1671 97350

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

279

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
Vitamins Online, Inc.

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME
Khan

INDIVIDUAL'S FIRST PERSONAL NAME
Osman

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS: 1467 W. 105 North    CITY: Orem    STATE: UT    POSTAL CODE: 84057    COUNTRY: USA

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

11c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
unnamed parties giving rise to or that are subject of the aforementioned.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

280



**Utah Department of Commerce**                                             Division of Corporations

# Acknowledgement of Filing

File Number: 572498201948           Record Date: 07-22-2019 10:52           Type: UCC
Old File Number: N/A                Lapse Date: 07-22-2024 23:59            Status: ACTIVE

**Filer:**
CSC  *167191350*
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703 USA

**Collateral Description:**
Action:        ADD
Description:   ANY AND ALL COMPENSATION, COMMISSIONS, REVENUES, INCOME, FEES, COMPROMISES,
               JUDGMENTS, COLLECTIONS, RECOVERABLE COSTS, REIMBURSEMENTS, DISTRIBUTIONS,
               PAYMENTS, PROCEEDS, PREFERENCES, RECOVERIES OF ANY TYPE, RECEIVABLES,
               INSURANCE COVERAGE, DAMAGES OF

**Debtor:**
VITAMINS ONLINE, INC.
1467 W. 105 NORTH
OREM, UT 84057 USA
Trust: No

**Debtor:**
NUTRIGOLD, INC.
1467 W. 105 NORTH
OREM, UT 84057 USA
Trust: No

**Secured Party:**
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
P.O. BOX 2576 UCCSPREP@CSCGLOBAL.COM
SPRINGFIELD, IL 62708 USA

**Transaction Detail:**
Form Type:       UCC 1 FILING STATEMENT       Transaction Cost:   $24.00
Effective Date:  07-22-2019 10:52             Receipt Number:     7925626
Submitter Ref:   INFO REDACTED                Alt Designation:    NONE

**Additional Description:**
FILING APPROVED - 110
THE DATA LISTED ABOVE IS A 'NON-CERTIFIED' RECORD.PLEASE TAKE THE TIME TO REVIEW ALL OF THE INFORMATION.IF YOU
FIND ANY DISCREPANCIES, MADE BY THE DIVISION YOU MUST CONTACT THE DIVISION, AT NO COST, WITHIN 30 DAYS OF
RECEIVING THIS ACKNOWLEDGEMENT.



Utah Department of Commerce

Division of Corporations

# Acknowledgement of Filing

| | | |
|---|---|---|
| **File Number:** 572498201948 | **Record Date:** 07-22-2019 10:52 | **Type:** UCC |
| **Old File Number:** N/A | **Lapse Date:** 07-22-2024 23:59 | **Status:** ACTIVE |

**Filer:**
CSC
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703 USA

**Collateral Description:**
Action:        ADD
Description:   UNNAMED PARTIES GIVING ROSE TO OR THAT ARE SUBJECT OF THE AFOREMENTIONED.

**Transaction Detail:**
| | | |
|---|---|---|
| Form Type: | UCC 1 FILING ADDENDUM | Transaction Cost: $12.00 |
| Effective Date: | 07-22-2019 10:52 | Receipt Number: 7925626 |
| Submitter Ref: | INFO REDACTED | Alt Designation: NONE |

**Additional Description:**
**FILING APPROVED - 110**
THE DATA LISTED ABOVE IS A 'NON-CERTIFIED' RECORD.PLEASE TAKE THE TIME TO REVIEW ALL OF THE INFORMATION.IF YOU FIND ANY DISCREPANCIES, MADE BY THE DIVISION YOU MUST CONTACT THE DIVISION, AT NO COST, WITHIN 30 DAYS OF RECEIVING THIS ACKNOWLEDGEMENT.

282

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
CSC   1-800-858-5294

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

2876 93875
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Utah (S.O.S.)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION — THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
572498201948 7/22/2019

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address / ☐ ADD name / ☐ DELETE name

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME:** Vitamins Online, Inc.

**7. CHANGED OR ADDED INFORMATION:** (blank)

**7c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY** (blank)

**8. COLLATERAL CHANGE:** Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**

**9a. ORGANIZATION'S NAME:** CORPORATION SERVICE COMPANY as REPRESENTATIVE

**10. OPTIONAL FILER REFERENCE DATA:** 2876 93875

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

283

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Corporation Service Company   1-800-858-5294

**B. E-MAIL CONTACT AT FILER** (optional)
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703 USA

Filed in the Office of
*L. Veillette*
Director, Division of Corporations and Commercial Code

Document Number: 20241071790-9
Filed Date and Time: 7/10/2024 5:28:47 PM
Number of Pages: 1

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
572498201948

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME:
OR
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME:
OR
7b. INDIVIDUAL'S SURNAME:
INDIVIDUAL'S FIRST PERSONAL NAME:
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S): SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME:
**CORPORATION SERVICE COMPANY as REPRESENTATIVE**
OR
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**
2876 93875:287693875

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

■■■

Delaware Department of State
U.C.C. Filing Section
Filed: 01:58 PM 05/07/2021
U.C.C. Initial Filing No: 2021 3572360

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Service Request No: 20211654450

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

2074 67868
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Delaware (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME: Khan | FIRST PERSONAL NAME: Osman | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS: 524 Princeton Kingston Road | CITY: Princeton | STATE: NJ | POSTAL CODE: 08540 | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME: Vitamins Online Incorporated | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS: 1467 West 105 North | CITY: Orem | STATE: UT | POSTAL CODE: 84057 | COUNTRY: USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME: CORPORATION SERVICE COMPANY as REPRESENTATIVE | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: P.O. BOX 2576  uccsprep@cscinfo.com | CITY: Springfield | STATE: IL | POSTAL CODE: 62708 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets now owned, or hereafter acquired, including without limitation: (a) all accounts, including without limitation, all deposit accounts, accounts receivable, other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by any Debtor; (b) all assets of any Debtor including, but not limited to, any and all equipment, fixtures, inventory, accounts, chattel paper, documents, instruments, investment property, general intangibles, accounts, accounts receivable, goods, letter-of-credit rights and deposit accounts now owned and hereafter acquired by any Debtors, together with any products and proceeds thereof, as those terms are defined by Article 9 of the UCC; (c) all real property, now owned or hereafter acquired, including without limitation, all fixtures and proceeds thereof, as those terms are defined by Article 9 of the UCC; (d) all of any Debtor's interest, now owned or hereinafter acquired, by whatever means, in and to any and/or all Cases and Related Proceedings, including but not limited to proceeds, accounts, instruments, chattel paper, contract rights, general intangibles, payment intangibles (all as defined in the applicable version of Article 9 of the UCC, and as supplemented under the terms of the Agreement between

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

2074 67868
**285**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S SURNAME: Khan
FIRST PERSONAL NAME: Osman
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME: NutriGold Inc.

OR

10b. INDIVIDUAL'S SURNAME:
INDIVIDUAL'S FIRST PERSONAL NAME:
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

10c. MAILING ADDRESS: 1467 West 105 North
CITY: Orem
STATE: UT
POSTAL CODE: 84057
COUNTRY: USA

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME:

OR

11b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

11c. MAILING ADDRESS:
CITY:
STATE:
POSTAL CODE:
COUNTRY:

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
Debtor and Secured Party); (e) all bank accounts holding any collateral or proceeds; and (f) all shares, securities, investment securities, stocks, holdings, and membership interests.

— Cases and Related Proceedings includes any and all lawsuits, proceedings, things in action, and/or any other claims for damages, compensation, commissions, revenues, income, fees, compromises, judgments, collections, recoverable costs, reimbursements, distributions, payments, proceeds, preferences, recoveries of any type, receivables, insurance

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
Osman Khan
524 Princeton Kingston Road
Princeton, NJ 08540

16. Description of real estate:
524 Princeton Kingston Road
Princeton, NJ 08540

AND

173 S 70 W
LINDON, UT 84042

17. MISCELLANEOUS:

286

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S SURNAME
Khan

FIRST PERSONAL NAME
Osman

ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
coverage, damages of any type, settlements, royalties, license fees, sales, judgments, collections, non-monetary remuneration, value, and other benefits which any Debtor now is or may hereafter become entitled to receive in, due to, against, from, or relating to any and all of the following, as well as any and all derivative or related claims arising out of or relating to the events directly or indirectly involving such Case and/or any current or previous defendant named therein:

1. The judgment entered by and the dispute, litigation, case, claims, proceedings, demands before the United States

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**287**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S SURNAME
Khan

FIRST PERSONAL NAME
Osman

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
District Court,
District of Utah as Case No. 2:13-cv-00982, currently captioned as Vitamins Online, Inc. (DBA Buy Herbs); NutriGold, Inc., Osman Khan v. Heartwise, et al.;

2. The dispute, litigation, case, claims, proceedings, recoveries, demands before the United States Bankruptcy Court, Central District of California (Santa Ana Division) as Case No. 8:20-bk-1335-MW, currently captioned as In re:

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☑ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**288**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S SURNAME
Khan

FIRST PERSONAL NAME
Osman

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Heartwise, Inc.;

3. Any and all disputes, proceedings, demands, damages, litigation, cases, or claims existing now or arising in the future, whether disclosed or undisclosed, related to, substantially similar to, arising out of, resulting from the aforementioned or the actions and/or omissions of the defendants and/or unknown and/or unnamed parties giving rise to or that are subject of the aforementioned.

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

289

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)